# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ED SMITH**
**ADC # 89143**                                                                                          **PLAINTIFF**

**V.**                       **CASE NO. 5:12CV00029 SWW/BD**

**ESSIE M. CLAY, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 8th day of February 2012.

                                              /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE